```
FILED
MAR 1 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR762-DMS |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine (Felony) |
| RAMON AGUILAR-RAMOS, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about February 6, 2008, within the Southern District of California, defendant RAMON AGUILAR-RAMOS, did knowingly and intentionally import 500 grams or more, to wit: approximately 9.10 kilograms (20.02 pounds) of Cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: March 13, 2008

KAREN P. HEWITT
United States Attorney

DOUGLAS KEEHN
Assistant U.S. Attorney

WDK:psd:San Diego
2/14/08