AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| RAMON AGUILAR-RAMOS | CASE NUMBER: _08 CR 762 - DMS_ |

I, RAMON AGUILAR-RAMOS, the above named defendant, who is accused of committing

the following offense:

Importation of Cocaine, in violation of Title 21, United States Code, Sections 952
and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on _3 - 13 - 08_ prosecution by indictment and consent that the

proceeding may be by information rather than by indictment.

**FILED**

MAR 1 3 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer