1 | KAREN P. HEWITT
United States Attorney
2 | MATTHEW J. GARDNER
Assistant U.S. Attorney
3 | California State Bar No. Pending
United States Attorney's Office
4 | 880 Front Street, Room 6293
San Diego, California 92101-8893
5 | Telephone: (619) 557-7042/(619) 235-2757 (Fax)
Email: matthew.gardner@usdoj.gov
6 |
Attorneys for Plaintiff
7 | United States of America

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,           )
                                        )   Criminal Case No. 08cr0762-DMS
11 |                       Plaintiff,   )
                                        )   NOTICE OF APPEARANCE
12 |                                    )
     RAMON AGUILAR-RAMOS,               )
13 |                                    )
                           Defendant.   )
14 | _____    )
                                        )
15

16 | TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17 |     I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

18 |     I certify that I am admitted to practice in this court or authorized to practice under CivLR

19 | 83.3.c.3-4.

20 |     The following government attorneys (who are admitted to practice in this court or authorized

21 | to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

22 | counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to

23 | activity in this case:

24 |     Name (If none, enter "None" below)

25 |     None

26

27

28

1    Effective this date, <u>the following attorneys are no longer associated with this case</u> and should

2    <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic

3    "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this

4    association):

5    <u>Name</u> (If none, enter "None" below)

6    None

7

8    Please call me if you have any questions about this notice.

9    DATED: August 22, 2008

            Respectfully submitted,

            KAREN P. HEWITT
            United States Attorney

            s/ Matthew J. Gardner
            _____
            MATTHEW J. GARDNER
            Assistant United States Attorney
            Attorneys for Plaintiff
            United States of America
            Email: matthew.gardner@usdoj.gov

United States v. Aguilar-Ramos        2                08cr0762-DMS

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Criminal Case No. 08cr0762-DMS |
| | ) | **CERTIFICATE OF SERVICE** |
| v. | ) | |
| RAMON AGUILAR-RAMOS, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, MATTHEW GARDNER, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPERANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Mary A. Franklin.

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

**None.**

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 22, 2008.

s/ Matthew J. Gardner
MATTHEW J. GARDNER